# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| MY11 | E 2137690 | HAZLON | 33 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/29/2025 1135 | MTA 21-801.1 |

**Place of Offense:** Amber Drive

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Exceeding Maximum Speed Limit

### DEFENDANT INFORMATION

Last Name: BURGENDR   SHAWN   A

Street Address: [redacted]

| Tag No | State | Year | Make/Model | PASS | Code |
|---|---|---|---|---|---|
| ZSR0974 | PA | | Nissan/Titan | | WHT |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

$ 120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Drive, Fort Detrick MD 21702
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2137690*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident